SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LAMAR MYERS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>               Plaintiff,<br><br>        vs.<br><br>EDUARDO MENDOZA D/B/A ROYAL INSURANCE AGENCY; LEOBARDO MENDOZA, AS TRUSTEE OF THE LEOBARDO MENDOZA 2013 TRUST; and DOES 1 to 10,<br><br>               Defendants. | **Case No.: 2:25-cv-12325-SPG-ADS**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LAMAR MYERS ("Plaintiff") and Defendant EDUARDO MENDOZA D/B/A ROYAL INSURANCE AGENCY; LEOBARDO MENDOZA, AS TRUSTEE OF THE LEOBARDO MENDOZA 2013 TRUST stipulate and jointly request that this Court dismiss the above-captioned action, without prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

NOTICE OF SETTLEMENT OF ENTIRE CASE

\\

\\

\\

\\

Respectfully submitted,

DATED:  March 10, 2026          SO. CAL. EQUAL ACCESS GROUP

By:   /s/  Jason J. Kim
      Jason J. Kim
      Attorneys for Plaintiff

DATED:  March 10, 2026

By: Ashton Watkins
    **Ashton Ryan Watkins,** Esq.
    Attorneys for Defendant
    EDUARDO MENDOZA D/B/A ROYAL
    INSURANCE AGENCY; LEOBARDO
    MENDOZA, AS TRUSTEE OF THE
    LEOBARDO MENDOZA 2013 TRUST

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 10, 2026          By: /s/ Jason J. Kim
                                    Jason J. Kim

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE